UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NYKA O'CONNOR,

    Plaintiff,

v.                                               3:09cv224-WS/EMT

M.L. CARNAHAN, et al.,

    Defendants.

_____

ORDER DENYING PLAINTIFF'S
MOTIONS FOR INJUNCTIVE RELIEF

Before the court is the magistrate judge's report and recommendation (doc. 17) docketed November 17, 2009. The magistrate judge recommends that the plaintiff's motions for injunctive relief (docs. 12 & 14) be denied. Although granted an extended time to do so, the plaintiff has filed no objections to the report and recommendation.

Upon review of the record, the court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motions for injunctive relief (docs. 12 & 14) are DENIED.

3. The clerk is directed to return the file to the magistrate judge for further proceedings.

DONE AND ORDERED this   11th   day of    January   , 2010.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE