IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NYKA O'CONNOR,

    Plaintiff,

v.                                   3:09cv224-WS

M.L. CARNAHAN, et al.,

    Defendants.

---

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 42) docketed December 20, 2010. The magistrate judge recommends that the plaintiff's motion requesting class action status and appointment of counsel be denied. The plaintiff has filed no objections to the report and recommendation.

The court having considered the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 42) is ADOPTED and incorporated by reference into this order.

2. The plaintiff's motion (doc. 34) to have this case certified as a class action and to have counsel appointed is DENIED.

3. The case shall be returned to the magistrate judge for further proceedings.

DONE AND ORDERED this <u>  20th  </u> day of <u>   January   </u>, 2011.


<u>s/ William Stafford                             </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE