UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NYKA O'CONNOR,

    Plaintiff,

v.                       3:09cv224-WS/EMT

M.L. CARNAHAN, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed March 30, 2011. See Doc. 53. The magistrate judge recommends that the plaintiff's emergency motion for injunction (doc. 48) be granted. The plaintiff has filed objections (doc. 60) to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation in light of the plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's emergency motion for injunctive relief (doc. 48) is DENIED.

DONE AND ORDERED this   27th   day of   April  , 2011.

                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE