IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NYKA O'CONNOR,

      Plaintiff,

v.           3:09cv224-WS

M.L. CARNAHAN, et al.,

      Defendants.

## ORDER UPHOLDING THE MAGISTRATE JUDGE'S ORDER

Before the court is the plaintiff's "second appeal" (doc. 125) regarding the magistrate judge's order (doc. 116) docketed October 15, 2012. The court having reviewed the record, including the magistrate judge's orders (docs. 116 and 119) and the plaintiff's appeals thereof (docs. 118 and 125), it is ORDERED:

1. The plaintiff's "second appeal" (doc. 125) is DENIED.

2. The case shall be remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this   26th   day of   November  , 2012.

          s/ William Stafford
          WILLIAM STAFFORD
          SENIOR UNITED STATES DISTRICT JUDGE