IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NYKA O'CONNOR,

    Plaintiff,

v.                                                             3:09cv224-WS-EMT

M.L. CARNAHAN, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed September 21, 2015. See Doc. 379. The magistrate judge recommends that the defendants' motion for summary judgment be granted. The magistrate judge has also recommends that the plaintiff's motion for partial summary judgment be denied.

In a filing entitled "MOTION TO VACATE R & R DOC 379, OBJECTION AND NOTICE," the plaintiff has objected to the magistrate judge's report and recommendation. See Doc. 380. Having reviewed the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and

recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 379) is ADOPTED and incorporated by reference into this order.

2. The motion for summary judgment (doc. 298) filed by Defendants Agerton, Milliken, Morrison, Moore, Ontko, and Green is GRANTED, and all claims against those defendants are DISMISSED WITH PREJUDICE.

3. Plaintiff's motion for partial summary judgment (doc. 302) is DENIED.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this     21st     day of     October    , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE