UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NYKA O'CONNOR,

    Plaintiff,

v.                                3:09cv224-WS/EMT

M.L. CARNAHAN, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 392) docketed November 15, 2016. The magistrate judge recommends that Defendant Walter McNeil's motion for summary judgment be granted. Plaintiff Nyka O'Connor has filed objections (doc. 399) to the report and recommendation.

Having reviewed the record, including the magistrate judge's report and recommendation as well as Plaintiff's objections, this court has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 392) is ADOPTED and incorporated into this order by reference.

2. Defendant Walter McNeil's motion for summary judgment (doc. 372) is GRANTED.

3. Plaintiff's claims against Defendant Walter McNeil are DISMISSED with prejudice for failure to exhaust administrative remedies and to comply with pre-suit notice requirements.

4. Consistent with orders dated January 27, 2014 (doc. 183), and October 21, 2015 (doc. 383), and this order, Plaintiff's case against all defendants is DISMISSED with prejudice.

5. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this __17th__ day of __March__, 2017.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE