IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NYKA O'CONNOR,
        Plaintiff,

vs.                                                    Case No.: 3:09cv224/WS/EMT

M.L. CARNAHAN, et al.,
        Defendants.
_____/

## **O R D E R**

Plaintiff was permitted to proceed in forma pauperis in this civil rights action

in this district court.  The action was dismissed as to all claims, and final judgment

was entered on March 17, 2017 (*see* ECF No. 400).  Plaintiff filed a notice of appeal

(ECF No. 402) and now seeks leave to proceed in forma pauperis on appeal (ECF No.

403).

Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a), this court hereby

certifies that this appeal is not taken in good faith, and Plaintiff is not entitled to

proceed in forma pauperis on appeal.  The reasons for this court's decision are

outlined in the Magistrate Judge's Reports and Recommendations dated November

18, 2013 (ECF No. 173), September 21, 2015 (ECF No. 379), and November 15, 2016

(ECF No. 392), and by this court's orders dated January 27, 2014 (ECF No. 183),

October 21, 2015 (ECF No. 383), and March 17, 2017 (ECF No. 400) which adopted

and incorporated those recommendations.

Accordingly, it is **ORDERED**:

Plaintiff's motion for leave to proceed in forma pauperis on appeal (ECF No.

403) is **DENIED**, and he is directed to pay the full appellate filing fee of $505.00

within **THIRTY (30) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this ____6th____ day of April 2017.


s/ William Stafford_____
**WILLIAM STAFFORD**
**SENIOR CHIEF UNITED STATES DISTRICT JUDGE**